IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia

| | |
|---|---|
| IPXL HOLDINGS, L.L.C., )<br>)<br>)<br>Plaintiff,   )<br>)<br>)<br>v.            )<br>)<br>)<br>AMAZON.COM, INC.,   )<br>)<br>)<br>Defendant.   ) | No. 1:04cv70 |

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that an award of $1,674,645.82, consisting of $1,408,900.50 in attorneys' fees and $265,745.32 in expenses, plus interest accruing since the entry of judgment, be and is entered in defendant's favor against plaintiff.

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered this 28th day of June, 2005.

_____/s/_____
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia